# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:07-CR-0172 GEB |
| v. ) | |
| ) | |
| GERARDO BRISENO-DEMAS ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   (X) Ad Prosequendum         ( ) Ad Testificandum

Name of Detainee:         **GERARDO BRISENO-DEMAS**
Detained at (custodian):  **FOLSOM STATE PRISON**

Detainee is:     a.)  (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
                      charging detainee with: Being a Deported Alien Found in the United States
           or    b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)  ( ) return to the custody of detaining facility upon termination of proceedings
           or    b.)  (X) be retained in federal custody until final disposition of federal charges, as a sentence
                      is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Kyle F. Reardon |
| Printed Name & Phone No: | KYLE F. REARDON/916-554-2782 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
   (X) Ad Prosequendum         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/15/07

_____
United States ~~District~~/Magistrate Judge

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Jerry Gerardo Briseno-Demas, Gerardo Jerry Briseno-Demas, Omar Briseno | Male _X_ Female ___ |
| Booking or CDC #: | T46544 | DOB: |
| Facility Address: | 300 Prison Road | Race: |
| | Represa, CA 95670 | FBI #: 318676FB5 |
| Facility Phone: | 916-985-2561 | |
| Currently Incarcerated For: | | |

## RETURN OF SERVICE

Executed on _____   By: _____
                                  (Signature)