DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
GERARDO BRISENO-DEMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>GERARDO BRISENO-DEMAS,<br><br>             Defendant. | Cr.S. 07-172-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: December 21, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

     It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, GERARDO BRISENO-DEMAS, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, December 7, 2007 be continued to Friday, December 21, 2007 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The Federal Defenders office was appointed to represent Mr. Briseno-Demas on August 24, 2007.

     Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for December 21, 2007 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 6, 2007

                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    GERARDO BRISENO-DEMAS

DATED: December 6, 2007

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Dennis S. Waks for
                                    _____
                                    KYLE REARDON
                                    Assistant U.S. Attorney

_____

O R D E R

IT IS SO ORDERED.

DATED: <u>December 7, 2007</u>

_____
GARLAND E. BURRELL, JR.
United States District Judge

2